No. 71–6442.   CHESEBROUGH *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6459.   WILLIAMS *v.* MCMANN, WARDEN. C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1127.   BAILEY *v.* NORTH CAROLINA.  Ct. App. N. C.   Motion to dispense with printing petition granted.  Certiorari denied.

No. 71–1169.   MOBIL OIL CORP. *v.* MATZEN ET AL.;

No. 71–1179.   AMOCO PRODUCTION CO. *v.* WAECHTER ET AL.;

No. 71–1188.   CITIES SERVICE OIL CO. *v.* MATZEN ET AL.;

No. 71–1191.   SHELL OIL CO. *v.* MATZEN ET AL.; and

No. 71–1326.   FEDERAL POWER COMMISSION *v.* MOBIL OIL CORP. ET AL.  C. A. D. C. Cir.  Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.  Reported below: 149 U. S. App. D. C. 310, 463 F. 2d 256.

No. 71–1285.   PFIZER INC. ET AL. *v.* LORD, U. S. DISTRICT JUDGE, ET AL.  C. A. 8th Cir.  Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 71–6161.   ERVING *v.* SIGLER, WARDEN.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.